Form 3A
(1/08)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __Rentner Jennifer I__
          Debtor

Case No. __07-71837__

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __299.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee *

   $ __75.00__     Check one ☒ With the filing of the petition, or
                             ☐ On or before _____

   $ __224.00__    on or before __9/2/07__

   $ _____   on or before _____

   $ _____   on or before _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    _Jennifer Rentner_  _7/16/07_
Signature of Attorney       Date      Signature of Debtor    Date
                                      (In a joint case, both spouses must sign.)

_____              _____  _____
Name of Attorney                      Signature of Joint Debtor (if any)  Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 0 2 2007

KENNETH S. GARDNER, CLERK
BY _____
       DEPUTY CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### District Of _____ Illinois _____

In re **Kentner Jennifer I**
Debtor

Case No. _____

Chapter __7__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __75.00__  Check one  ☐ With the filing of the petition, or
                        ☐ On or before _____

$ __224.00__ on or before __9.2.07__

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk of the U.S. Bankruptcy Court

Date: **Aug. 2, 2007**

_____
*United States Bankruptcy Judge*